UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA UCHE AJULUCHUKU,

Plaintiff,

v.

VERIZON COMMUNICATIONS INC.,

Defendant.

Case No. MS05-1215RBL

ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE

This Matter is before the Court on Plaintiff's application to proceed in forma pauperis [Dkt. #5].The Court has reviewed Plaintiff's Complaint and the record in this litigation. The Complaint is frivolous on its face. It also appears to be a duplicate of a case against Verizon Plaintiff previously sought to file against Verizon, and which was dismissed. See Cause No. CM 05-5018RBL. Under 28 U.S.C. §1915(e), the Plaintiff's pending in forma pauperis application is DENIED and Plaintiff's Complaint is DISMISSED.

DATED this 7th day of October, 2005

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1